# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| MOUNT VERNON SPECIALTY INSURANCE COMPANY ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | Case No. 4:22-cv-583 |
| vs. ) | |
| CHIPPEWA LOFT, LLC ) | |
| ) | |
| Defendant(s). ) | |

## DISCLOSURE OF ORGANIZATIONAL INTERESTS CERTIFICATE

Pursuant to Local Rule 3-2.09 of the Local Rules of the United States District Court for the Eastern District of Missouri and Federal Rule of Civil Procedure 7.1, Counsel of record for <u>Mount Vernon Specialty</u> hereby discloses the following organizational interests:

1. If the subject organization is a corporation,

   a. Its parent companies or corporations (if none, state "none"):
   DEVON PARK SPECIALTY INSURANCE

   b. Its subsidiaries not wholly owned by the subject corporation (if none, state "none"):
   none

   c. Any publicly held company or corporation that owns ten percent (10%) or more of the subject corporation's stock (if none, state "none"):
   none

2. If the subject organization is a limited liability company or a limited liability partnership, its members and each member's state of citizenship:

/s/ Ellen J. Brooke
Signature (Counsel for Plaintiff/Defendant)
Print Name: Ellen Jean Brooke
Address: 500 N. Broadway, Ste. 1550
City/State/Zip: St. Louis, MO 63102
Phone: (314) 421-4430

### Certificate of Service

I hereby certify that a true copy of the foregoing Disclosure of Organizational Interests Certificate was served (by mail, by hand delivery, or by electronic notice) on all parties on:
May 31, , 20 22 .

/s/ Ellen J. Brooke
Signature