| | |
|---|---|
| From: | Bill (USLI) Rohrman |
| Sent: | Thursday, February 24, 2022 10:36 AM |
| To: | Claims Imaging |
| Subject: | FW: Chippewa Loft LLC K165932 C |
| | |
| Categories: | Devon Ludwick |

**Bill Rohrman, SCLA**
Assistant Vice President
Property Claims Examiner

 

**1190 Devon Park Drive, Wayne, PA 19087**
888-523-5545 ext. 2347; Direct Dial: 610-971-6347; Fax: 610-688-4391
Alt. contact Mike Berry mberry@usli.com ext.2509 or Christopher Soley Christopher.soley@usli.com ext. 2559

**If you are an appointed customer of USLI and need to report a claim please use the USLI-SNAP app**

**If you are an agent or policyholder, you can also report a claim by calling us at 888-523-5545 and choosing option 3 or by visiting us online at www.usli.com.**

For information on how we store and use personal information, please see our Privacy Policy located at
https://www.usli.com/privacy-policy/.

  

Think GREEN, do you really need to print this email?

---

**From:** Douglas Maestas [mailto:douglas.maestas@sagllc.com]
**Sent:** Thursday, February 24, 2022 7:54 AM
**To:** paulabrams@edwin-claudeinc.com
**Cc:** Bill (USLI) Rohrman <brohrman@USLI.com>; Signature Adjustment Group <homeoffice@sagllc.com>
**Subject:** (EXTERNAL) Chippewa Loft LLC

CAUTION EXTERNAL EMAIL. This email originated outside of USLI.

Paul,

1

We are still waiting for you to comply with our request for you to provide us a copy of your estimate and claim. This is not an unreasonable request and you have an obligation to cooperate with our investigation and provide the information we request.

I did receive the building consultant's estimate yesterday afternoon and started my review as soon as it came in.

Please forward your estimate and claim as requested.

Thanks,
Doug


*Doug Maestas, CPCU, ARM, ARe, AIC, AIS, AINS, AFIS, SSGB, AIC-M*
*Executive General Adjuster*
*Signature Adjustment Group LLC*
c. (636) 459-0952
o. (877) SAG-LLC1
f. (877) 724-5521
douglas.maestas@sagllc.com



## Claims. Made. SIMPLE.

SAGLLC.COM | Home Office (877) SAG-LLC1 | Homeoffice@sagllc.com

**Signature Adjustment Group - 503 E Nifong Blvd, #146, Columbia, MO 65201-3717**

*Confidentiality Notice: The information contained in this email is confidential and may be protected or proprietary information intended only for the use of the individual or entity to whom it is addressed. If the reader of this message is not the intended recipient, you are hereby notified that any viewing, dissemination, distribution, disclosure, copy or use of the information contained in this email message is strictly prohibited. If you have received and/or are viewing this email in error, please immediately notify the sender by reply email, and delete it from your system without reading, forwarding, copying, or saving in any manner.*