5925 Fee Fee Road St. Louis, MO 63042 Phone: (314) 731-5500 Fax: (314) 731-3366

March 15, 2022

Ben Cherry
President
Manor Real Estate
3270 Hampton Avenue Suite 100
St. Louis, MO 63139

Re: Bell tower demolition and rebuild

RE: 500 N. Kingshighway

Our masonry bid for the work on the fire damaged bell tower at 500 N. Kingshighway is Four Million Four Hundred and Fifty-Five Thousand and Seventy-Seven Dollars ($4,455,077). Please see the written description below to clarify the scope included in this proposal:

Drawings: N/A

Inclusions:

**Demolition—$1,725,202**

1) Leonard Masonry (LM) will provide all materials, labor, and equipment to tear down damaged bell tower to footing.
2) LM to remove an estimated 2,419,000lbs of demo material from site.
3) LM will attempt to salvage existing ornamental stone pieces for reuse on rebuild.
4) Work to be performed during normal hours of 7-3:30 M-F.
5) Cleanup to dumpsters of all masonry debris is included.

**Rebuild of Bell Tower**-- $2,729,875

1. LM to rebuild bell tower to existing height and width of approximately 120' x 25' on each side.
2. LM to rebuild tower using new brick up to 500,000 units.
3. LM to match as close as possible new brick to existing building.
4. LM to build tower walls to the existing thickness of 32".
5. LM to install salvaged stone pieces at prior locations.
6. LM to install new Terra Cotta pieces at top of tower, amount not to exceed $381,500.
7. LM to clean rebuilt tower with masonry detergents.
8. Water to be supplied by building owner to within 100' of work area.

Exclusions:

1) Excludes any work besides the work outlined in this proposal including but not limited to, engineering, door frames/bucks, shoring, painting, BIM, supplying, remove and installing steel, floor/sidewalk protection, road/driveway damage, air/weather barrier, winter protection, caulking, material testing, permits, and bonds
2) LM excludes any time delays and cost increases arising from or related to COVID-19 and any third-party action in response thereto.
3) LM to require staging area from property owner for materials and equipment within 100' of work area.
4) Salvaging of existing brick and stone.
5) Protection of adjoining structures.
6) Shoring of adjoining structures attached to bell tower.
7) Roofing materials.
8) Wood framing members.
9) Stairs and landings on inside of tower.
10) Electric service and fixtures.
11) Overtime.

RE:

Materials called out in approved architectural drawings for the rebuild of the bell tower may affect final costs.

Newer and more modern methods of construction using an engineered steel frame structure with a single course of brick veneer could possibly lower the rebuild construction costs to between 1.7 and 2.7 million dollars.

Please be advised that we reserve the right to withdraw this bid if it is not accepted within fifteen (15) days from the above date. If during the performance of this contract, the price of materials increases, through no fault of contractor, the price shall be equitably adjusted by an amount reasonably necessary to cover any such increase. As used herein, a price increase shall mean any increase in price experienced by contractor from the date of this proposal until the time of purchase. Such price increases shall be documented through quotes, invoices, or receipts. Where the delivery of materials is delayed, through no fault of contractor, as a result of a shortage or unavailability, contractor shall be granted an extension of time, and for any additional costs or damages associated with such delay(s).

Accepted by:  Respectfully submitted,
_____  *Jon P. Monzyk*
　　　　　　　Date  Project Manager